ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Ricoh Americas Corporation ) | ASBCA No. 59649 |
| ) | |
| Under Contract No. W9124B-12-P-0786 ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Christopher Chando
Vice President, Financial Solutions

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Raymond R. Adams, III, JA
Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 31 March 2015

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59649, Appeal of Ricoh Americas Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals